36,519-19

Michael D. Williams, Relator, Pro-Se
BNO: 1405 7684
3-W-02 North Tower
P.O. Box 660334
Dallas, Texas 75266-0334

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 25 2015

Abel Acosta, Clerk

RE: Request For Leave / Petition For Writ Of Mandamus
     Tex. Code Crim. Proc., Art. 4.04, 3.1 (2014)
Cause No. F15-00248-J     DWI 3RD
Date: June 22, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Dear Mr. Acosta,

        Please find enclose an original of the above referenced
cause and file it with the Court in accord with all applicable
laws. Please further be advised that I am indigent.
        A true copy has been served upon Respondent on this
day. Thank you kindly Sir,

                HAVE A BLESSED DAY!

                        Sincerely,
                        Michael D. Williams
                        Relator Pro-Se

Writ No. _____

District Court Cause No. F15-00248-J

| | | |
|---|---|---|
| In Re | § | In The Texas Court |
| | § | Of Criminal Appeals |
| Michael J. Williams | § | Travis County, Texas |

## REQUEST FOR LEAVE TO FILE
## PETITION FOR WRIT OF MANDAMUS

To The Honorable Judges Of The Texas Court Of Criminal Appeals:

COMES NOW, Michael J. Williams, "Relator," Pro-Se, in the above-styled named and numbered cause, respectfully seeking leave to file his petition for writ of mandamus in accord with Texas Code of Criminal Procedure, Article 4.04, Section 1. (Vernons 2014) where his action can meet the requirements of *Nevou v. Culver*, 105 S.W. 3d. 641, 642 (Tex. Crim. App. 2003) and would entitle him to mandamus relief.

## PRAYER FOR RELIEF

WHEREFORE, Relator respectfully prays that leave be GRANTED to file his PETITION FOR WRIT OF MANDAMUS.

_____
June 22, 2015
Date

Respectfully Submitted,
Michael D. Williams
Relator     Pro-Se

(Page 1 of 2)

<u>Unsworn Declaration</u>

I, Michael O. Williams, #1405684 do declare under the penalty for perjury by being presently incarcerated at the address below that the foregoing Request For Leave is true and correct to the best of my knowledge, belief, information and understanding.

June 22, 2015
_____
DATE

Respectfully Submitted,
Michael D. Williams
Litigant Pro-Se
Michael O. Williams #1405684
3·W·02 North Tower
P.O. Box 660334
Dallas, Texas 75266-0334

<u>Certificate Of Service</u>

I, Michael O. Williams, #1405684 do declare under the penalty for perjury by being presently incarcerated at the address below that a true and correct copy of this Request For Leave has been served upon Respondent, Felicia Pitre at Frank Crowley Courts Building, 133 N. Riverfront Blvd., LB 12, Dallas, Texas 75207-4313 via U.S. Mail postage pre-paid on this the 22nd day of June 2015.

June 22, 2015
_____
DATE

Respectfully Submitted,
Michael D. Williams
Litigant Pro-Se
Michael O. Williams #1405684
3·W·02 North Tower
P.O. Box 660334
Dallas, Texas 75266-0334

(Page 2 of 2)

Writ No. _____

District Court Cause No. F15-00248-J

| In Re | § | In The Texas Court |
| | § | Of Criminal Appeals |
| Michael D. Williams | § | Travis County, Texas |

## PETITION FOR WRIT OF MANDAMUS

To The Honorable Judges Of The Texas Court Of Criminal Appeals:

COMES NOW, Michael D. Williams, "Relator," pro-se, in the above-styled named and numbered cause and who would respectfully show the following in support thereof:

## I. JURISDICTION

Jurisdiction exists pursuant to Texas Code of Criminal Procedure, Article 4.04, Section 1. (Vernons 2014).

## II. STATEMENT OF THE CASE

Relator was advised during a live hearing on record in Cause No. F14-59018-J before the Criminal District Court No. 3, Dallas County, Texas on May 13, 2015 that an indictment

(Page 1 of 5)

FOR THE FELONY OFFENSE OF Driving While Intoxicated (DWI) 3rd HAS BEEN HANDED DOWN BY THE Grand Jury ON May 8, 2015 BUT NO COPY HAS BEEN RECEIVED BY Relator. A PLEA OFFER HAS BEEN MADE.

Relator SEEKS A COPY IN ACCORD WITH Chapter 25, Texas Code of Criminal Procedure (HEREINAFTER "T.C.C.P.") IN ORDER TO PREPARE A DEFENCE.

## III. ISSUE PRESENTED

### ISSUE ONE

RELATOR SEEKS COMPLIANCE FROM THE CLERK WITH THE MANDATES OF ARTICLE 25.01, TEXAS CODE OF CRIMINAL PROCEDURE IN ORDER TO PREPARE A DEFENCE.

## IV. ARGUMENTS

### ISSUE ONE

RELATOR SEEKS COMPLIANCE FROM THE CLERK WITH THE MANDATES OF ARTICLE 25.01, TEXAS CODE OF CRIMINAL PROCEDURE IN ORDER TO PREPARE A DEFENCE.

### ARGUMENT AND AUTHORITIES

Relator WAS ARRAIGNED May 12, 2015 AT 1:45 A.M. FOR THE

FELONY OFFENSE OF OWI 3RD AND ADVISED HE HAD BEEN INDICTED FOR SAID OFFENSE UNDER Cause No. F15-00248-J FILED IN THE Criminal District Court No. 3, Dallas County, Texas, SEE _Affidavit In Support_ (Appendix A, p. 1, attached hereto). Relator HAS BEEN IN CONSTANT CUSTODY SINCE October 1, 2014 WITHOUT ANY RELEASE, SEE (Appendix A, p. 1).

A LIVE HEARING ON RECORD IN THE Criminal District Court No. 3 CONCERNING A Motion To Withdraw As Counsel IN Cause No. F14-57918-J WAS HELD ON May 13, 2015 AT WHICH TIME, Relator WAS ADVISED THAT AN INDICTMENT FOR THE FELONY OFFENSE OF OWI 3RD HAD BEEN ISSUED BY THE Grand Jury THE PREVIOUS Friday, May 8, 2015, SEE (Appendix A, p. 1).

On June 3, 2015 A PLEA BARGAIN WAS OFFERED OF TEN (10) YEARS IN PRISON, IN EXCHANGE FOR A PLEA OF GUILTY TO THE INDICTMENT I HAVE NOT SEEN, SEE (Appendix A, p. 2).

Relator HAS NEVER RECEIVED A COPY OF THE INDICTMENT UNDER Cause No. F15-00248-J. Relator REQUESTED A COPY OF THE INDICTMENT BY MOTION FILED WITH THE Criminal District Court No 3 ON May 27, 2015 BUT NO RESPONSE WAS MADE, SEE (Appendix A, p. 2).

Relator FURTHER REQUESTED COMPLIANCE BY LETTER TO Respondent ON TWO (2) SEPARATE OCCASSIONS, SEE (Appendix A, p. 2).

It IS RESPECTFULLY ASSERTED THAT UNDER Texas Constitution, Article I, Section 10, Relator HAS A RIGHT TO A COPY OF THE INDICTMENT, AND MAY DEMAND A COPY UNDER Article 1.05, T.C.C.P. (Vernons 2014).

Moreover, THE Court MAY FIND THAT Article 25.01, T.C.C.P. (Vernons 2014) PLACES THE DUTY "IMMEDIATELY" UPON THE CLERK TO MAKE PROVISIONS IN ACCORD WITH Article 25.02, T.C.C.P. (Vernons 2014) ASSURING A CERTIFIED COPY OF THE INDICTMENT IS

"IMMEDIATELY" SERVED UPON THE ACCUSED AS A MINISTERIAL DUTY, WITHOUT THE REQUIREMENT OF ANY REQUEST, WHERE THE ACCUSED IS IN CUSTODY, AND HAS REMAINED IN CUSTODY AS IN THIS CASE, WITHOUT POSTING BOND AS SHOWN ABOVE, cf. Article 25.03, T.C.C.P. (WHEN BOND IS POSTED) SEE, (APPENDIX A, p. 2), AND Neveu v. Culver, 105 S.W. 3d. 641, 642 (TEX. CRIM. APP. 2003) A CLEAR RIGHT EXISTS IN THIS CASE.

Relator respectfully asserts that the mandates of Articles 25.01 AND 25.02 EXPRESSLY APPLY TO THE ACCUSED, NOT COUNSEL OR ANYONE ELSE. Relator need's a copy of the indictment in Cause No. F15-00248-J to prepare a defence, SEE (APPENDIX A, p. 2). Relator is innocent of any DWI 3rd allegation (APPENDIX A, p. 2).

In conclusion, Relator respectfully requests that Respondent, be compelled to comply with the mandates of Art. 25.01 above and "immediately" provide Relator with a certified copy of the indictment under Cause No. F15-00248-J where the expiration of forty-five (45) days has expired since indictment and no copy has been received by Relator, the accused, SEE (APPENDIX A, p. 2). No legal remedy exists under Chapter 25, T.C.C.P. (APPENDIX A, p. 2). See Neveu, above 105 S.W. 3d. at 642, NO OTHER ADEQUATE LEGAL REMEDY EXISTS, THEREFORE MANDAMUS RELIEF MAY ISSUE.

## II. PRAYER FOR RELIEF

WHEREFORE, Relator respectfully prays that the relief he is entitled to by law be GRANTED

_June 22, 2015_
Date

Respectfully Submitted,
Michael D. Willie
Relator Pro-Se

## Unsworn Declaration

I, Michael D. Williams, #1405 7684, do declare under the penalty for perjury by being presently incarcerated at the address below that the foregoing PETITION FOR WRIT OF MANDAMUS is true and correct to the best of my knowledge, belief, information and understanding.

_____June 22, 2015_____
                    Date

Respectfully Submitted,

_Michael D. Williams_
Petitioner Pro-Se
Michael D. Williams #1405 7684
3-W-02 North Tower
P.O. Box 660334
Dallas, Texas 75266-0334

## Certificate Of Service

I, Michael D. Williams, #1405 7684 do declare under the penalty for perjury by being presently incarcerated at the address below that a true and correct copy of this PETITION FOR WRIT OF MANDAMUS has been served upon Respondent, Felicia Pitre at Frank Crowley Courts Building, 133 N. Riverfront Blvd., LB 12, Dallas, Texas 75207-4313 via U.S. Mail postage pre-paid on this the 22nd day of June 2015.

_____June 22, 2015_____
                    Date

Respectfully Submitted,

_Michael D. Williams_
Petitioner Pro-Se
Michael D. Williams #1405 7684
3-W-02 North Tower
P.O. Box 660334
Dallas, Texas 75266-0334

(Page 5 of 5)

APPENDIX - A

AFFIDAVIT IN SUPPORT
CAUSE NO. F75-00248-J

Writ No. _____

District Court Cause No. F15-00248-J


AFFIDAVIT IN SUPPORT


State of Texas    §
County of Dallas  §


    I, Michael O. Williams, #1405 7684 do declare under the penalty for perjury by being presently incarcerated at the address below that the following statement is true and correct to the best of my knowledge, beliefs, information and understanding.

    I am above the age of twenty-one (21), of sound mind and capable of making this statement and do so of free will; I have first hand knowledge of these facts.


    I was arraigned May 12, 2015 at 1:45 a.m. and informed I had been indicted for a felony DWI 3rd under Cause No. F15-00248-J filed in the Criminal District Court No. 3, Dallas County, Texas.

    I have remained in constant custody since my arrest on October 1, 2014, no bond or any other form of release.

    I attended a live hearing on May 13, 2015 in the Criminal District Court No. 3 under Cause No. F14-59018-J concerning a Motion To Withdraw As Counsel where it was stated on record that an indictment had been handed down May 8, 2015 under Cause No. F15-00248-J a DWI 3rd offense.


(Page 1 of 2)

Writ No. _____

District Court Cause No. F15-00248-J


## AFFIDAVIT IN SUPPORT (CONT'D)


I was offered a plea-bargain of ten (10) years in exchange for a plea of guilty to the indictment under Cause No. F15-00248-J on June 3, 2015 without ever seeing the indictment.

I have never received a copy of the indictment under Cause No. F15-00248-J and requested a copy by motion filed in the Criminal District Court No. 3 on May 27, 2015 with no response.

I have also requested a copy by letter to Respondent, Dallas County District Clerk, Mrs. Felicia Pitre on June 4, 2015 and on June 17, 2015 with no response. No appeal can be taken by law.

I believe I am "immediately" entitled to a copy of this indictment in Cause No. F15-00248-J according to law. No other remedy exists.

I need a copy of this indictment for my defence. I am innocent of any DWI 3rd offense. Mandamus is my only legal remedy.

It has been in excess of forty-five (45) days since the indictment was filed and I have not received a copy. I feel like I am entitled to the relief requested. I am referred to as the accused in this case.

I attest to the foregoing as true and correct on this the 22nd day of June, 2015.


June 22, 2015
_____
Date

Respectfully Submitted,

Michael D. Williams
Affiant/Relator Pro-Se
Michael D. Williams #1405 7634
3-W-02 North Tower
P.O. Box 660334
Dallas, Texas 75266-0334


(Page 2 of 2)